Battle, J.
 

 We are informed by the counsel for the plaintiffs,, that this appeal was taken before the case of Chauncy v. Baldwin, decided at the last December Term, (see ante. 78,) was reported. We think that the present case is substantially ther same with that, and must be governed by it. The affidavit of the plaintiffs’ testator, that the note sued on had not been assigned' nor negotiated by him, was inadmissible as testimony, and cannot therefore make any difference. The loss or destruction of a note or bond, is the only fact which the party’s own affidavit is admissible to prove, and that only for the purpose of giving jurisdiction to the Court of Equity, and of admitting secondary evidence of the contents of the note or bond, in the Courts either of law or equity.
 

 Judgment affirmed.